**FILED**
**JUL 0 7 2004**
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **04CR0637** |
| ) | |
| vs. ) | Violation: Title 18, United |
| ) | States Code, Section 1623 |
| JUAN ANGULO-HERNANDEZ ) | |

**JUDGE BUCKLO**
**MAGISTRATE JUDGE BOBRICK**

The SPECIAL MARCH 2004 GRAND JURY charges:

1. On or about January 13, 2004, United States District Court Judge Amy St. Eve for the Northern District of Illinois was conducting a trial in the matter of <u>United States v. Fidel Garcia</u>, 03 CR 421. It was material to the trial to determine whether Fidel Garcia had conspired with Mario Jara, defendant JUAN ANGULO-HERNANDEZ, and others to possess with intent to distribute and to distribute cocaine.

2. On or about January 13, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN ANGULO-HERNANDEZ,

defendant herein, while under oath in a proceeding before or ancillary to a court of the United States, namely, the above-described trial, knowingly made false material declarations by stating the following:

\* \* \* \* \*

Q: Sir, is it true that on April 19th, 2003, you spoke on the phone with Fidel Garcia and told him that you needed six burritos?

A: No.

Q: It's not true; is that your testimony?

**DOCKETED**
**JUL 0 8 2004**

A: It's not true, yes.

* * * * *

Q: Is it true that on April 19th, 2003, you and Fidel Garcia agreed that you would purchase six kilograms of cocaine from Fidel Garcia for $20,000 per kilo?

A: No.

* * * * *

Q: Is it true that you and Fidel Garcia also met with co-defendant Mario Jara and Garcia told Jara to follow you and him? I see you shaking your head.

A: No.

Whereas, in truth and fact, as defendant ANGULO-HERNANDEZ then well knew, (a) he did speak on the phone with Fidel Garcia on April 19th, 2003, and told Garcia that he needed "six burritos," or, six kilograms of cocaine; (b) he and Fidel Garcia did agree on April 19th, 2003, that defendant would purchase six kilograms of cocaine from Fidel Garcia for $20,000; and (c) on April 19, 2003, defendant and Fidel Garcia did meet with Mario Jara and Garcia told Jara to follow defendant and Garcia in a car;

In violation of Title 18, United States Code, Section 1623.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2

No. 

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.

**JUAN ANGULO-HERNANDEZ**

**INDICTMENT**

In violation of: TITLE 18, UNITED STATES CODE, SECTION 1623

A true bill,

_____
Foreman

Filed in open court this _____ 7th _____ day

of _____ July _____, A.D. 2004

MICHAEL W. DOBBINS
By: _____ Clerk

Bail, $